LISA R. J. PORTER
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**Carla Rae Dodd,**
        **Plaintiff,**                                 Civil Action No. 3:15-cv-00270-SI
vs.

**CAROLYN W. COLVIN**                    ORDER GRANTING AWARD
**COMMISSIONER of Social Security,**      OF EAJA FEES, EXPENSES
        **Defendant**                    /       COSTS

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $<u>6,117.50</u> and expenses $<u>9.12</u> and costs of $<u>12.90</u>, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this <u>  23rd  </u> day of <u>  May            </u>, 2016.

                                                    /s/ Michael H. Simon
                                                            Judge

Presented by:

s/Lisa R.J. Porter -
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035